# FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 19-50373 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | PFOUTS, LUCAS T. AND PFOUTS, KOURTNEY J. | Date Filed (f) or Converted (c): | 01/23/2019 (f) |
| For the Period Ending: | 3/15/2019 | §341(a) Meeting Date: | 03/12/2019 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2017 Chevrolet Cruze Mileage: 8,000 Other Information: Location: 213 Frostview Drive, Wintersville OH 43953 | $16,416.00 | $0.00 | | $0.00 | FA |
| 2  2017 Honda CR-V Mileage: 8900 Other Information: Location: 213 Frostview Drive, Wintersville OH 43953 | $26,089.00 | $0.00 | | $0.00 | FA |
| 3  Household Goods and Furnishings | $1,450.00 | $0.00 | | $0.00 | FA |
| 4  Electronics | $225.00 | $0.00 | | $0.00 | FA |
| 5  Sports & Hobby Equipment | $75.00 | $0.00 | | $0.00 | FA |
| 6  One (1) Pistol | $175.00 | $0.00 | | $0.00 | FA |
| 7  Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 8  Jewelry | $2,000.00 | $0.00 | | $0.00 | FA |
| 9  One (1) Dog  One (1) Cat | $2.00 | $0.00 | | $0.00 | FA |
| 10  Checking PNC Bank | $500.00 | $0.00 | | $0.00 | FA |
| 11  Savings PNC Bank | $0.00 | $0.00 | | $0.00 | FA |
| 12  Savings PNC Bank | $0.00 | $0.00 | | $0.00 | FA |
| 13  2018 Tax Refunds State & Federal | $2,600.00 | $1,315.00 | | $0.00 | $3,915.00 |
| 14  State Farm Term Life Insurance - Face Value - $100,000.00; No Cash Value Kourtney Pfouts, wife | $1.00 | $0.00 | | $0.00 | FA |
| 15  State Farm Term Life Insurance - Face Value - $100,000.00; No Cash Value Lucas T. Pfouts, husband | $1.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$49,934.00         $1,315.00                                                              $0.00         $3,915.00

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 09/30/2019 | | /s/ BRENT A. STUBBINS |
| Current Projected Date Of Final Report (TFR): | | | BRENT A. STUBBINS |